1
 John Litterer, Petitioner v. Vail Summit Resorts, Inc., a corporation, and Dwight McClure Respondents No. 25SC134
Supreme Court of Colorado, En Banc
September 15, 2025
           Court
 of Appeals Case No. 24CA480
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals erred when it held all of
 petitioner's claims against respondents were waived when
 he purchased a 2022-2023 Epic Pass.
 
 
          Whether
 the court of appeals erred when it upheld the dismissal of
 petitioner's willful and wanton conduct and exemplary
 damages claim.
 
 
          Whether
 the court of appeals erred when it failed to address whether
 Vail's exculpatory agreements bar petitioner's claim
 for negligence per se under this court's decision in
 Miller v. Crested Butte, LLC, 2024 CO 30, 549 P.3d
 228 (Colo. 2024).